LAKE VIEW SCHOOL DISTRICT NO. 25 of Phillips County, Arkansas, *et al.* *v.* Governor Mike HUCKABEE, *et al.*

01-836                                          216 S.W.3d 129

Supreme Court of Arkansas
Opinion delivered October 27, 2005

*Sharpe, Beavers, Cline & Wright,* by: *Brad J. Beavers,* for appellant, Barton-Lexa School District, successor in interest to Lake View School District; and amicus curiae, Forrest City School District.

*Friday, Eldredge & Clark,* by: *Christopher Heller,* for appellant, Little Rock School District.

*Mitchell, Williams, Selig, Gates & Woodyard* by: *M. Samuel Jones, III,* for Pulaski County Special School District.

*Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.,* by: *David R. Matthews,* for appellant, Rogers School District.

*Mike Beebe,* Att'y Gen., by: *Timothy G. Gauger,* Sr. Ass't Att'y Gen., and *Mark A. Hagemeier,* Ass't Att'y Gen., for appellee, Governor Mike Huckabee.

*Barrett & Deacon,* by: *D.P. Marshall Jr.* and *Brandon Harrison,* for amici curiae, Arkansas State Chamber of Commerce and Associated Industries of Arkansas, Inc.

PER CURIAM. The Masters' Report in this matter was filed with this court on October 3, 2005. Pursuant to Ark. R. Civ. P. 53(e)(2), the Intervenors and the State Defendants, and the Arkansas Chamber of Commerce, as *amicus curiae,* have served written comments and objections to the Report which we have received. Accordingly, we hereby take the matter under advisement, as noted in our *per curiam* of October 4, 2005. Should the parties wish to do so, they may file simultaneous briefs by Thursday, November 10, 2005. No reply briefs will be allowed. The briefs should only address any objection to the Masters' Report already made and filed by a party. We will also receive requests by any party wishing to participate in oral arguments to be held Thursday, November 17, 2005. The *amicus curiae* will not be permitted to participate in oral argument.

Special Justice CAROL DALBY joins.

IMBER, J., not participating.